7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Phillip NMN Goode
*Debtor*

*Bankruptcy Case No.*
12−40048−abf11

**Truesdell Corporation of Wisconsin**
　Plaintiff(s)

*Adversary Case No.*
12−04153−abf

v.

**Phillip NMN Goode**
　Defendant(s)

## JUDGMENT

　　　The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment in favor of Plaintiff Truesdell Corporation of Wisconsin, and against Debtor−Defendant Phillip Goode, in the amount of $58,232.70, with such judgment being nondischargeable under 11 U.S.C. § 523(a)(2)(A). Execution on such Judgment is STAYED SO LONG AS the Debtor makes payments to Truesdell when and in the amounts provided in the Order Confirming Chapter 11 Plan as Modified in Case No. 12−40048. Truesdell waives the remainder of its claim against Debtor Phillip Goode. Each party to bear its own costs.

Ann Thompson
Court Executive

By: /s/ Dawn Evilsizer
　　　Deputy Clerk



Date of issuance: 5/13/13

Court to serve